IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINE COONEY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HENRY MODELL & COMPANY, INC. AND ABC CORPS 1-10,<br><br>Defendant. | Civil Action No.: 08-cv-00919-JAP-TJB<br><br>RECEIVED<br><br>NOV 13 2008<br><br>AT 8:30_____M<br>WILLIAM T. WALSH<br>CLERK |

## NOTICE OF DISMISSAL

This matter having been filed by the Plaintiff and no Answer or other responsive pleading having been filed by the Defendants, the Plaintiff hereby dismisses her Complaint pursuant to Fed.R.Civ.P. 41. The dismissal as to the individually named Plaintiff shall be WITH PREJUDICE.

Maurice & Needleman, P.C.
Attorneys for Plaintiff
Christine Cooney

/s/ Thomas R. Dominczyk
Thomas R. Dominczyk, Esq.
For the Firm
trd@mnlawpc.com
5 Walter E. Foran Blvd., Ste 2007
Flemington, NJ 08822
908 237 4550

Dated: 11/13/08

So ordered
Case closed
[signature] 8/15